IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00358-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JONATHAN GREGORY HOFFMAN,

    Defendant.

---

**ORDER FOR WRIT OF *HABEAS CORPUS AD PROSEQUENDUM***
( Docket No. 3 )

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce JONATHAN GREGORY HOFFMAN, 46 years of age, before a United States Magistrate Judge on or immediately after Tuesday, August 26, 2009, for proceedings and appearances upon the charges in the INDICTMENT, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 18th day of August, 2009.

                                                            UNITED STATES MAGISTRATE JUDGE
                                                            UNITED STATES DISTRICT COURT
                                                            DISTRICT OF COLORADO
                                                            MICHAEL J. WATANABE
                                                            U.S. MAGISTRATE JUDGE
                                                            DISTRICT OF COLORADO