IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Criminal Case No. 09-cr-00358-PAB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JONATHAN GREGORY HOFFMAN,

    Defendant.

---

### ORDER GRANTING GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THE THIRD LEVEL FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b)

---

**THIS MATTER** comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion, for good cause shown, should be and is hereby **GRANTED.**

THEREFORE, this defendant shall receive a 3-level decrease in offense level for acceptance of responsibility under the provisions of §3E1.1 of the Sentencing Guidelines.

DATED ~~January~~ March 12, 2010.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge